**FILED**

OCT 02 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE CHARLES,<br><br>    Plaintiff,<br><br>v.<br><br>DR. LIEBERMAN, et al.,<br><br>    Defendants. | Case No. C 13-3273 PSG (PR)<br><br>**ORDER OF DISMISSAL** |

On July 15, 2013, Maurice Charles, proceeding *pro se*, filed civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed *in forma pauperis* in a separate order. For the reasons that follow, the court DISMISSES this action without prejudice.

**ANALYSIS**

Charles claims that, on some unspecified date, he was ordered to push a commercial truck after it ran out of gas, and he injured himself doing so. He further alleges that the medical staff at the Santa Clara Main Jail harassed and threatened him rather than assisted him. He asserts that needs medical treatment for his back and shoulder. In the complaint, Charles states that he has not pursued his claims all the way through the last level of administrative review available to him.

Case No. C 13-3273 PSG (PR)
ORDER OF DISMISSAL

Charles may pursue his claims in federal court once he has completed the available administrative appeals, i.e. once a decision has been rendered on the last level of review of his administrative appeals.

## CONCLUSION

This case is DISMISSED without prejudice to Charles filing his claims in a new case after exhausting all available administrative remedies.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 10.2.13

                                        PAUL S. GREWAL  
                                        United States Magistrate Judge

Case No. C 13-3273 PSG (PR)  
ORDER OF DISMISSAL                       3